UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                Case No. 5:09CV00469 ERW

KENTON CAMPBELL, et al.,

    Defendants.

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion by United States of America for Summary Judgment [doc. #76] is **GRANTED**. Judgment is entered in favor of the United States of America.

Dated this 3rd Day of September, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE